No. 84–960.   MENDEL ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 84–962.   WETZEL *v.* STATE BAR OF ARIZONA.   Sup. Ct. Ariz.   Certiorari denied.

No. 84–965.   AIRWELD, INC. *v.* AIRCO, INC.   C. A. 9th Cir. Certiorari denied.

No. 84–966.   SEABOARD SYSTEM RAILROAD, INC. *v.* BROTHERHOOD OF RAILROAD SIGNALMEN.   C. A. 7th Cir.   Certiorari denied.

No. 84–967.   MORGAN GUARANTY INTERNATIONAL BANK ET AL. *v.* CITY OF HOUSTON ET AL.   Ct. App. Tex., 1st Sup. Jud. Dist.   Certiorari denied.

No. 84–969.   POURNARAS *v.* POURNARAS.   Ct. App. Ohio, Cuyahoga County.   Certiorari denied.

No. 84–970.   BERGER *v.* SPELLACY, JUDGE, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 84–972.   BARTON *v.* ILLINOIS.   App. Ct. Ill., 5th Dist. Certiorari denied.

No. 84–973.   ROTHENBERGER *v.* DOUGLAS COUNTY.   C. A. 8th Cir.   Certiorari denied.

No. 84–977.   SAGONA *v.* LOUISIANA.   Ct. App. La., 1st Cir. Certiorari denied.

No. 84–980.   FUENTES-COBA *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 84–981.   CALLY *v.* HOFFMAN, UNITED STATES DISTRICT JUDGE.   C. A. 11th Cir.   Certiorari denied.

No. 84–983.   TODARO *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.